UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORPORATE TRADING INC,

    Plaintiff,

v.                                        Case No. 8:10-cv-1355-T-30EAJ

JET SALES OF STUART, LLC, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #4). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 21, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1355.dismiss 4.wpd